## **EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KIRIAKOS HULIARIS,

                                 Plaintiff,

    - against -

FOX INDUSTRIES LTD. and
VSP CONSTRUCTION CORP.,

                                Defendants.

----------------------------------------------------------------X

Docket No. 1:11-cv-00963-(BMC)
EFC Case

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties in the above-captioned action, that whereas no party hereto is an infant, an incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in the subject matter, that the parties have reached an understanding with respect to disposing of the matter referred to herein, and therefore all claims are hereby dismissed by the parties thereto, with prejudice.

      **IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be signed in counterparts and by facsimile signatures, which shall be considered as originals

Dated: Great Neck, New York
       June __, 2012

**THE LAW FIRM OF JOEL SPIVAK**
Attorneys for Plaintiff
98 Cutter Mill Road, Suite 310N
Great Neck, New York 11021
(516) 829-3939

By: _____
      JOEL SPIVAK

**GEORGOULIS & ASSOCIATES, PLLC**
Attorneys for Defendants
120 Wall Street, 18th Floor
New York, NY 10005
(212) 425-7854

By: _____
      MONICA BARRON